UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

JAMES WHITE,
                        Defendant.
-------------------------------------------------------------------X

23 cr 40 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Tuesday, February 28, 2023, at 12:30pm,** before the Honorable John G. Koeltl.

Because the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **February 28, 2023** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           February 21, 2023